# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOHN ERIC JENNINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:21-cv-1288-AMM-JHE |
| | ) |
| **RICKY PARKER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

Plaintiff John Eric Jennings has filed a *pro se* amended complaint under 42 U.S.C. § 1983, alleging violations of his rights under the Constitution or laws of the United States. Doc. 21. On November 18, 2022, the magistrate judge entered a report, recommending the court dismiss this action pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. Doc. 24. Although the magistrate judge advised Mr. Jennings of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is due to be **DISMISSED WITHOUT PREJUDICE** for failing to state a claim upon which relief may be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this 14th day of December, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE